

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-24-00327-CR

Sergio Alejandro **MORALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 22-10-08396-MCR
Honorable Lisa Jarrett, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED August 28, 2024.

_____
Rebeca C. Martinez, Chief Justice